UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TOMMY SPENCER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:07-CV-131 RM |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant | ) | |

OPINION AND ORDER

Tommy Spencer, by counsel, submitted a petition for leave to proceed *in forma pauperis*. The petition declares that Mr. Spencer has no significant assets and has had minimal income for the past 12 months. It appearing that he is unable to pay the filing fee, the court: (1) **GRANTS** the *in forma pauperis* petition (docket # 2); (2) **DEFERS** the filing fee; (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that he receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the defendant.

SO ORDERED.

ENTERED: June 11, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court